Entered on Docket
February 09, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN  11185
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV  89101
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation
Mortgage Pass Through Certificates Series 2005-AR6, its assignees and/or successors and the
servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-24127-LBR |
| | ) |
| Susan Marie Absher, | ) Chapter  13 |
| | ) |
|       Debtor. | ) DATE:  2/03/10 |
| | ) TIME:   10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*

M&H File No. NV-09-17555
09-24127-lbr

1    The Motion for Relief From Automatic Stay came on regularly for hearing at the date and

2  time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

3  supporting evidence, and good cause appearing, the Court rules as follows:

4    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

5  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

6  Movant in the real property commonly known as 7904 Menelaus Avenue, Las Vegas, NV 89131.

7    Secured Creditor will provide not less than 7 days notice of the date, time, and location of

8  the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

9

10  IT IS SO ORDERED.

11

12

Submitted by:
13  McCarthy & Holthus, LLP

14  */s/Christopher K. Lezak*_____

15  Christopher K. Lezak, Esq.
811 South Sixth Street
16  Las Vegas, NV 89101
702-685-0329
17

18  Approved/Disapproved

19
*Emailed 02/03/10 – no response received*
20  Rick A. Yarnall
701 Bridger Avenue, #820
21  Las Vegas, NV 89101

22

23

24

25

26

27

28

29

ALTERNATIVE METHOD re;  RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

      ☐ The court has waived the requirement of approval under LR 9021.

      X This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

      ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

      ☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

      Counsel appearing: None

      Unrepresented parties appearing: None

      Trustee: Rick A. Yarnall – Emailed 02/03/10 – no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###